UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY JACKSON,

Plaintiff,

-against-

U.S. DEPT OF HUMAN SERVICE and NATIONAL ASSOCIATION ON DRUG ABUSE PROGRAM, INC.,

Defendants.

26-CV-6852 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees—a $350.00 filing fee plus a $55.00 administrative fee—or, to request authorization to proceed without prepayment of fees, submit a completed and signed *in forma pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but his responses do not establish that he is unable to pay the fees to bring this action. Plaintiff checked the box on the IFP application indicating that he is unemployed, but he also checked the boxes indicating he has received income from employment, gifts, and public benefits in the last 30 days. (ECF 2.) He does not indicate, however, how much income he has received or what his expenses have been. Thus, the Court cannot determine whether Plaintiff can pay the relevant fees based on this information.

Accordingly, within 30 days of the date of this order, Plaintiff must either pay the $405.00 in fees or fully complete, sign, and submit an amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 26-CV-6852 (LTS), and address the deficiencies described above by providing facts to establish that he is

unable to pay the relevant fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* § 1915(a)(1).

No summonses shall issue at this time. If Plaintiff complies with this order, this action shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the Court will dismiss this action.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: August 18, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge